1  COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
2  Name: _____
3         (Last)           (First)           (Middle)
4  Prisoner Number: _____
5  Institutional Address: _____
6  _____

FILED
2014 OCT 22 P 2:07
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(Enter your full name.) Dean P. Ste____
vs.
County of Marin
State of Calif.

(Enter the full name(s) of the defendant(s) in this action.)

Case No. CV 14 4535 (PR) WHA
(Leave blank; to be provided by Clerk of Court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C. § 1983

I. Exhaustion of Administrative Remedies.

Note: You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement  Creekside Behavioral Health 10/20/200_

B. Is there a grievance procedure in this institution?   YES ☐   NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure?   YES ☐   NO ☒

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

   1. Informal appeal: _____
   _____
   _____

COMPLAINT Page 1 of 4

1  2. First formal level: _____

2  _____

3  _____

4  3. Second formal level: _____

5  _____

6  _____

7  4. Third formal level: _____

8  _____

9  _____

10 E.  Is the last level to which you appealed the highest level of appeal available to you?

11     YES ☐     NO ☐

12 F.  If you did not present your claim for review through the grievance procedure, explain why.

13 ___There is no gredience___

14 ___pRoceedure___

15 _____

16 II. Parties.

17 A.  Write your name and present address. Do the same for additional plaintiffs, if any.

18 ___Dean Paul Stephens___

19 ___Creekside Behavioral___

20 ___250 Sonoma Ave Santa Rosa Ca 95404___

21 B.  For each defendant, provide full name, official position and place of employment.

22 ___County of Marin, Anne M. Chestnut___

23 ___Mike McCabe Phd County of Marin___

24 _____

25 ___Santa Rosa Parole + Comm Sup___

26 ___Divison Mike Smith Parole___

27 ___Supervisor Richard Gillego___

28 ___Parole Agent Santa Rosa Parole___

   ___+Comm Sup Privison 3221 Airway___

COMPLAINT Page 2 of 4   ___Drive Santa Rosa Ca.___

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Mike McCabe put a hole in my groin and sealed my asshole up Anne Marie Chestnut RN at the Marin County Jail was there so Jeanette Brandi

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

to be determine by MD. + Judge need for physical exam. There is medical malpractice and poor supervision by parole supervisor and agent Richard Gallego

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 21 day of Oct, 2014

Dean Paul Sterling
(Plaintiff's signature)

*Please continue to the next page.*

COMPLAINT Page 3 of 4

## MAGISTRATE JUDGE JURISDICTION

Please indicate below by checking **one** of the two boxes whether you choose to consent or decline to consent to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

OR

☐ **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

Signed this 20 day of Oct, 2014

_Dean Paul Stephens_
(Plaintiff's signature)

COMPLAINT Page 4 of 4

Creekside Behavioral Health
Dean P. Stephens Rm 412
850 Sonoma Ave
Santa Rosa, CA 95404

Office of The Clerk
United States District
Court, Northern District
Of Cali.f
450 Golden Gate Ave
San Francisco CA 94102