United States District Court

For the Northern District of California

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   DEAN PAUL STEPHENS,                    No.    C 14-4535 WHA (PR)
                                                   C 14-4604 WHA (PR)
            Plaintiff,

12                                          **ORDER OF DISMISSAL**

      v.

13

14   COUNTY OF MARIN; MIKE
     SMITH; MIKE McCABE; ANN               (Dkt. No. 4, 7)
     CHESTNUT; RICHARD GALLEGO,

15

16          Defendants.
                                       /

17

18          Plaintiff has filed two civil rights complaints against the same officials of Marin County

19   Jail under 42 U.S.C. 1983.  The complaints repeat claims plaintiff has made in prior cases in

20   this court.  He claims that over 25 years ago defendants removed his testicles, the back of his

21   head, his vertebrae and femurs, made a hole in his groin and closed his rectum.  Plaintiff made

22   the same claims in *Stephens v. Prandi, et al.*, No. C 11-4887 WHA (PR), and *Stephens v. Smith,*

23   *et al.*, No. C 12-2810 WHA (PR).  Those complaints were dismissed because the claims are

24   based on factual contentions that are clearly impossible, baseless, fantastic or delusional, and as

25   such are frivolous.  *See Denton v. Hernandez*, 504 U.S. 25, 32 (1992) (citing Section 1915(e));

26   *Neitzke v. Williams*, 490 U.S. 319, 328 (1989).  Furthermore, even if some portion of the factual

27   allegations could possibly be true, it was noted that the statute of limitations for plaintiff's

28   claims – at most four years from discovery of the factual predicate of the claim – had run.  *See*

**United States District Court**

For the Northern District of California

1   Cal. Civ. Proc. Code 335.1 (allowing two years), 352.1(a) (allowing up to two years of tolling

2   for incarceration).

3        The instant complaints are **DISMISSED** for the same reasons, and also because they

4   duplicate the claims that plaintiff  brought in his prior cases. *See Bailey v. Johnson*, 846 F.2d

5   1019, 1021 (5th Cir. 1988) (an in forma pauperis complaint repeating the same factual

6   allegations asserted in an earlier case is subject to dismissal as duplicative); *see also  Cato v.*

7   *United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (dismissing duplicative complaint).

8        Plaintiff's applications to proceed in forma pauperis are GRANTED in light of his lack

9   of funds.  As plaintiff was not a prisoner when these cases were filed, the provisions of 28

10  U.S.C. 1915(b) requiring initial and installment payments of the filing fee do not apply.

11       The clerk shall enter judgment in each of these cases and close the files.  Docket number

12  4 in Case No. C 14-4535 WHA and docket number 7 in Case No. C 14-4604 WHA are

13  terminated.

14       **IT IS SO ORDERED.**

15

16  Dated: December _____17_____, 2014.

17                                                    WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

2